IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RE'CHON R. ROSS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-258
 )
KILOLO KIJAKAZI, Acting )
Commissioner of Social )
Security, )
 )
    Defendant. )
 )

## ORDER

Before the Court is the Magistrate Judge's May 13, 2022, Report and Recommendation (Doc. 12), to which no party has filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 12) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Hearing (Doc. 11) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of June 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).